FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT  12 NOV 20 AM 8:30

FOR THE DISTRICT OF NEW MEXICO    CLERK-LAS CRUCES

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                                                                      CIV 10-0713 RB/KBM
                                                                                      CR   06-1795 RB

STEVE N. JACKSON,

    Defendant-Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed proposed findings that recommend Defendant's post-judgment motion be denied. The docket entry notes that objections were due on November 13, 2012. *See Doc. 29.* Defendant, who is incarcerated in a facility in Kentucky, filed his objections on November 14, 2012, and did not submit the necessary showings to take advantage of the prison mailbox rule. *See, e.g., Houston v. Lack,* 487 U.S. 266, 270-71, 287 (1988); *United States v. Ceballos-Martinez,* 387 F.3d 1140, 1145 (10th Cir.), *cert. denied,* 543 U.S. 1005 (2004)*l Blake v. Aramark Corp.,* ___ F. App'x ___, ___, No. 12-3053, 2012 WL 2899056, at *1 (10th Cir. Jul. 17, 2012); *Mitchell v. Medina,* ___ F. App'x ___, ___, No. 12-1217, 2012 WL 2628076 at *2 (10th Cir. Jul. 6, 2012), *petition for cert. filed 9/19/12* (No. 12-6539). Nonetheless, the Court has

considered his objections de novo, and finds them without merit. *See, e.g., Garcia v. City of Albuquerque,* 232 F.3d 760, 766-67 (10th Cir. 2000).

Wherefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's proposed findings (Doc. 29 in the civil action; Doc. 114 in the criminal action) are ADOPTED, and Defendant's motion for reconsideration (Doc. 28 in the civil action; Doc. 113 in the criminal action) is DENIED.

_____
UNITED STATES DISTRICT JUDGE